**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

In Re:  Shrika Detrice Tarrer   )   CASE NO. 18-30844-KLP
                                )   Chapter 13

Debtor Address(es):  408 Pulaski Ave
                     Richmond, VA  23222

Last four digits of Social Security No(s).:   3681

# AMENDED
## MOTION TO DISMISS, NOTICE OF MOTION AND NOTICE OF THE HEARING

**NOW COMES** the Chapter 13 Trustee and moves this Court to dismiss this case as provided in 11 U.S.C. 1307(c)(4) as the Debtor(s) have failed to commence making timely payments.

Carl M. Bates, Chapter 13 Trustee, has filed papers with the court to dismiss this case.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, then on or before seven (7) days before the date of the hearing, you or your attorney must:

Carl M. Bates
Chapter 13 Trustee
P.O. Box 1819
Richmond, VA  23218
(804)237-6800
VSBN 27815

   X   File with the court, at the address shown below, a written request for a hearing [or a written response pursuant to Local Bankruptcy Rule 9013-1(H)].  If you mail your request for hearing (or response) to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

        Clerk of Court
        United States Bankruptcy Court
        701 East Broad Street, Suite 4000
        Richmond, VA  23219

Carl M. Bates
Chapter 13 Trustee
P.O. Box 1819
Richmond, VA  23218
(804)237-6800
VSBN 27815

You must also mail a copy to:

    Carl M. Bates, Chapter 13 Trustee
    Chapter 13 Trustee
    P.O. Box 1819
    Richmond, VA  23218

_____ Attend a hearing to be scheduled at a later date.  You will receive separate notice of hearing.  **If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.**

__X__ Attend the hearing on the motion scheduled to be held on **June 20, 2018** at **9:00 AM** at United States Bankruptcy Court, **701 East Broad Street, Richmond, VA 23219, Room 5100**.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Dated: May 18, 2018                                    /s/ Carl M. Bates
                                                           Carl M. Bates
                                                           Chapter 13 Trustee
                                                           P.O. Box 1819
                                                           Richmond, VA  23218
                                                           VSBN 27815

Certificate of Service

I hereby certify that I have this **18th day of May, 2018**, by mail, hand or electronically delivered a true copy of the foregoing Notice of Motion and Motion to the debtor(s) **Shrika Detrice Tarrer, 408 Pulaski Ave, Richmond, VA  23222** and debtor(s) attorney, **Christopher John Flynn, via e-mail: ecf@bolemanlaw.com**.

                                                            /s/ Carl M. Bates
                                                           Carl M. Bates
                                                           Chapter 13 Trustee

Carl M. Bates
Chapter 13 Trustee
P.O. Box 1819
Richmond, VA  23218
(804)237-6800
VSBN 27815